| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey W. Dulberg (CA SBN 181200)<br>Jeffrey P. Nolan (CA SBN 158923)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone:  310/277-6910<br>Facsimile:  310/201-0760<br>Email: jdulberg@pszjlaw.com<br>        jnolan@pszjlaw.com<br><br>☐ *Plaintiff(s) appearing without attorney*<br>☒ *Attorney for Plaintiff(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>  Freedom Communications, Inc.,<br><br><br>                                        Debtor(s). | CASE NUMBER:  8:15-bk-15311-MW<br>ADVERSARY NUMBER:  8:17-ap-01189-MW<br>CHAPTER:  11 |
|---|---|
| Official Committee of Unsecured Creditors,<br><br><br>                                      Plaintiff(s),<br><br>                  vs.<br><br>Gracenote, Inc.,<br><br><br><br>                                    Defendant(s). | **PLAINTIFF'S MOTION FOR DEFAULT**<br>**JUDGMENT UNDER LBR 7055-1**<br><br>DATE:  June 13, 2018<br>TIME:   09:00 a.m.<br>COURTROOM: 6C<br>ADDRESS:  411 West South Street<br>              Santa Ana, CA  92701<br><br>JUDGE:  Hon. Mark C. Wallace |

**TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:**

1.  Name of Defendant(s) against whom default judgment is sought (*specify name*): _____
        Gracenote, Inc. _____

2.  *Plaintiff filed the complaint in the above-captioned proceeding on (*specify date*): 10/26/17

3.  The Summons and Complaint were served on Defendant by    ☐ personal service   ☒ mail service
    on the following date (*specify date*):   10/31/17 and 11/1/17

4.  A true and correct copy of the completed return of summons form is attached.

> *"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
> *"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                        Page 1                          **F 7055-1.2.DEFAULT.JMT.MOTION**
DOCS_LA:313923.1 29266/002

American LegalNet, Inc.
www.FormsWorkFlow.com

5.  The time for filing an answer or other response expired on (*specify date*):  12/27/17

6.  No answer or other response has been filed or served by Defendant.

7.  The default of Defendant:

    a.  ☐  Has not yet been entered, but is requested

    b.  ☒  Was entered on (*specify date*):  March 20, 2018

8.  **A Status Conference:**

    a.  ☐  Is scheduled for (*specify date, time, and place*):  _____

        _____

    b.  ☒  Was held on (*specify date, time, and place*):  3/28/18 @ 9:00 a.m. at 411 West Fourth Street,
        Courtroom 6C, Santa Ana, California

9.  As proof that Plaintiff is entitled to the relief requested in the complaint, Plaintiff:

    a.  ☒  Relies on the complaint and attached documents.

    b.  ☒  Attaches the following documents to establish a *prima facie* case:

        (1)  ☒  Declaration of (*specify*): Jeffrey P. Nolan

        (2)  ☒  Declaration of (*specify*): Randy Ings

        (3)  ☒  Other (*specify*): Memorandum of Points and Authorities in Support of Motion for Entry of
             Default Judgment

10. As further support for entry of a default judgment, Plaintiff submits a memorandum of points and authorities (optional).

11. **DECLARATION OF NON-MILITARY STATUS (**Service members Civil Relief Act, 50 U.S.C. chapter 50
    (§§ 3901-4043)). The undersigned party or counsel declares under penalty of perjury, with respect to each Defendant
    against whom a default judgment is sought by this motion:

    a.  ☒  Defendant is not currently in military service. The facts that support this statement are as follows (*see the
        court's website for information about how to verify non-military status*):

        The Defendant is a corporation.

    b.  ☐  Defendant is currently in military service. The facts that support this statement are as follows (*if this box is
        checked, the plaintiff must attach a supplement to this motion addressing the requirements in 50 U. S. C.
        § 3931(b)(2) to appoint an attorney for the Defendant before entering a judgment*):

    c.  ☐  I am unable to determine whether or not Defendant is in military service. The facts that support this statement
        are as follows (*if this box is checked, the plaintiff must attach a supplement to this motion addressing the
        bond requirement in 50 U.S.C. § 3931(b)(3)*):

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                    Page 2                    **F 7055-1.2.DEFAULT.JMT.MOTION**
DOCS_LA:313923.1 29266/002

American LegalNet, Inc.
www.FormsWorkFlow.com

12. Defaulting party is not an infant or incompetent party.

Plaintiff requests that this court enter a default judgment in favor of Plaintiff. A copy of the lodged proposed default judgment is attached.

Date:  May 2(, 2018

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP
Printed name of law firm

Signature

Jeffrey P. Nolan
Name of Attorney for Plaintiff or Plaintiff

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                    Page 3                        **F 7055-1.2.DEFAULT.JMT.MOTION**
DOCS_LA:313923.1 29266/002

American LegalNet, Inc.
www.FormsWorkFlow.com

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andrew W Caine<br>10100 Santa Monica Bl 13th Flr<br>Los Angeles, CA 90067<br><br>213-277-6910<br><br><br><br>*Plaintiff or Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA**

| In re:<br><br>Freedom Communications, Inc.<br><br><br>Debtor(s). | CASE NO.: 8:15-bk-15311-MW<br><br>CHAPTER: 11<br><br><br>ADVERSARY NUMBER: 8:17-ap-01189-MW |
|---|---|
| Official Committee Of Unsecured Creditors<br><br><br>Plaintiff(s)<br><br>Versus<br><br>Gracenote, Inc.<br><br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **11/27/2017.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| | |
|---|---|
| Date: | **March 28, 2018** |
| Time: | **09:00 AM** |
| Hearing Judge: | **Mark S Wallace** |
| Location: | **411 W Fourth St., Crtrm 6C, Santa Ana, CA 92701** |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing documents entitled (specify):  *(1) SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]; (2) COMPLAINT FOR AVOIDANCE AND RECOVERY OF PREFERENTIAL TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 & 550; (3) ADVERSARY PROCEEDING COVER SHEET; (4) EARLY MEETING OF COUNSEL AND STATUS CONFERENCE INSTRUCTIONS; AND (5)  LOCAL BANKRUPTCY RULE 7026-1* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **November 2, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Andrew W Caine    acaine@pszjlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (date) **October 31, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **November 2, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
The Honorable Mark S Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 2, 2017 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1

## Service List

2

3    **2.    SERVED BY UNITED STATES MAIL:**

4    *Via Certified Mail (Return Receipt Requested)*

5    Gracenote, Inc.
     c/o Corporation Service Company
6    d/b/a CSC-Lawyers Incorporating Service, R/A
     2710 Gateway Oaks Drive, Ste. 150N
7    Sacramento, CA  95833

8
     Gracenote, Inc.
9    Attn:  John Batter, CEO
     435 N. Michigan Avenue
10   Chicago, IL  60611

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:310022.1 29266/002

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andrew W Caine<br>10100 Santa Monica Bl 13th Flr<br>Los Angeles, CA 90067<br><br>213-277-6910<br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA**

| In re:<br><br>Freedom Communications, Inc.<br><br><br>Debtor(s). | CASE NO.: 8:15-bk-15311-MW<br><br>CHAPTER: 11<br><br>ADVERSARY NUMBER: 8:17-ap-01189-MW |
|---|---|
| Official Committee Of Unsecured Creditors<br><br>Plaintiff(s)<br>Versus<br>Gracenote, Inc.<br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **11/27/2017.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| | |
|---|---|
| **Date:** | **March 28, 2018** |
| **Time:** | **09:00 AM** |
| **Hearing Judge:** | **Mark S Wallace** |
| **Location:** | **411 W Fourth St., Crtrm 6C, Santa Ana, CA 92701** |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing documents entitled (*specify*):  *(1) SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]; (2) COMPLAINT FOR AVOIDANCE AND RECOVERY OF PREFERENTIAL TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 & 550; (3) ADVERSARY PROCEEDING COVER SHEET; (4) EARLY MEETING OF COUNSEL AND STATUS CONFERENCE INSTRUCTIONS; AND (5) LOCAL BANKRUPTCY RULE 7026-1* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 2, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Andrew W Caine    acaine@pszjlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **November 1, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 2, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Via Federal Express***
The Honorable Mark S Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 2, 2017 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1

**Service List**

2

3

2.    <u>SERVED BY UNITED STATES MAIL</u>:

4

*Via Certified Mail (Return Receipt Requested)*

5

Gracenote, Inc.
c/o Nielsen
6
Attn: John Batter, CEO
85 Broad Street
7
New York, NY 10004

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## Early meeting of Counsel and Status Conference Instructions

1. <u>**Service of Order.**</u>  A copy of this Order re: Rule 26(f) Meeting, Initial Disclosures, and

Scheduling Conference must be served with the summons and complaint.  The proof of service

of the summons and complaint must indicate that a copy of this order was served therewith.

2. <u>**Local Bankruptcy Rule 7026-1.**</u>  Compliance with Local Bankruptcy Rule 7026-1

(ALBR 7026-1") is required in ALL adversary proceedings.

3. <u>**Rule 26(f) Meeting.**</u>  Unless all defendants default, the parties must meet and confer

pursuant to Rule 26(f) of the Federal Rules of Civil Procedure (ARule 26(f) Meeting@) at least 21

days before the status conference date set forth in the summons.  <u>**The status conference set**</u>

<u>**forth in the summons shall also serve as the initial Rule 16(b) Scheduling Conference in this**</u>

<u>**adversary proceeding**</u>.

The parties are jointly responsible for arranging and attending the Rule 26(f) Meeting,

which may be conducted in person or by telephone.  During the Rule 26(f) Meeting, the parties

must, at a minimum: (a) discuss the nature and basis of their claims and defenses and the

possibilities for a prompt settlement or resolution of the case; (b) make or arrange for the initial

disclosures required by Rule 26(a)(1); and ( c) develop a proposed discovery plan.  The

discussion of claims and defenses must be substantive and meaningful.  The parties are directed

to approach the Rule 26(f) Meeting cooperatively and in good faith.

4. <u>**Initial Disclosures.**</u>  Rule 26(a)(1) states that a party must, without awaiting discovery

request, provide to other parties:

     a.   The name and, if known, the address and telephone number for each individual
        likely to have discoverable information - along with the subjects of that
        information - that the disclosing party may use to support its claims or defenses,

unless the use would be solely for impeachment.

    b.   A copy of - or a description by category and location - of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

    c.   A computation of each category of damages claimed by the disclosing party - who must also make available for inspection and copying under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and

    d.   For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

F.R.Civ.P.26(a)(1)(A). Rule 26(a)(1) requires a party to make its initial disclosures based on the information that is reasonably available to it.  A party is not excused from making its disclosures because it has not fully completed its investigation of the case or because it challenges the sufficiency of another party=s disclosures or because another party has not made its disclosures.

F.R.Civ.P.26(a)(1)(E).

    **5.**  **Alternative Dispute Resolution (AADR@).**  The parties must explore the feasibility of ADR to reach a settlement or early resolution of the adversary proceeding.  The specific reasons for any decision not to participate in a form of early ADR must be explained in the Joint Status Report.  If the parties elect not to participate in an early ADR effort, the Court may nonetheless direct the parties to ADR before trial

    **6.**  **Discovery Plan.**  At the Rule 26(f) Meeting, the parties must also discuss issues about preserving discoverable information and develop a proposed discovery plan.  The discussion regarding discovery following the initial disclosures must address the relevance of the discovery sought and the sequence and timing of such discovery, including whether the discovery will be conducted informally or formally.  The deadlines in the discovery plan must be mutually

agreeable, with a view to achieve resolution of the case with a minimum of expense and delay.

   7.   **Joint Status Report**.  A status report must be filed within the time frames specified within LBR 7016-1(a)(2).    The Joint Status Report must contain the information set forth in LBR 7016-1(a)(2), and a statement that the parties have completed the Rule 26(f) Meeting and made the initial disclosures required by Rule 26(a)(1).  The Joint Status Report shall also serve as the written report of the Rule 26(f) Meeting.  If Defendant(s) have not filed and served an answer to the Complaint, a Unilateral Status report is due seven (7) days prior to the first status conference hearing.

   8.   **Status Conference/Rule 16(b) Scheduling Conference**.  At the Rule 16(b) Scheduling Conference, the Court will review the discovery plan set forth in the Joint Status Report and set appropriate deadlines.

        Counsel representing any party in conjunction with the Rule 26(f) Meeting, Joint Status Report, and Rule 16(b) Scheduling Conference must be authorized to bind the party on all matters to be covered.

   9.   **Default**.  If no response to the complaint is timely filed, plaintiff should request entry of default by the clerk <u>prior</u> to the status conference date set forth in the summons. F.R.Civ.P.55(a). Plaintiff may also request entry of a default judgment by filing and serving an appropriate motion. F.R.Civ.P.55(b)(2).

   10. **Sanctions**.  **Failure to comply with these instructions may subject the responsible party and/or counsel to sanctions, which may include dismissal of the adversary proceeding.  The failure of either party to cooperate in the preparation of timely filing of a Joint Status Report or appear at the status conference may result in the imposition of sanctions under LBR 7016-1(f) or (g).**

///

11. **Joint Pre-Trial Order**.  Failure to timely file a Joint Pre-Trial order may subject the
responsible party and/or counsel to sanctions, which may include dismissal of the
adversary proceeding.  The failure of either party to cooperate in the preparation of timely
filing of a Joint Pre-Trial Conference or appear at the Joint Pre-Trial Conference may
result in the imposition of sanctions under LBR 7016-1(f) or (g).

Honorable Mark S. Wallace
United States Bankruptcy Judge

1  Jeffrey W. Dulberg (CA SBN 181200)
   Jeffrey P. Nolan (CA SBN 158923)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, CA  90067
   Telephone: 310/277-6910
4  Facsimile: 310/201-0760
   E-mail:  jdulberg@pszjlaw.com
5           jnolan@pszjlaw.com

6  Attorneys for Plaintiff,
   Official Committee of Unsecured Creditors

7
                  UNITED STATES BANKRUPTCY COURT
8
                  CENTRAL DISTRICT OF CALIFORNIA
9
                       SANTA ANA DIVISION
10

11  In re:                              | Case No.:  8:15-bk-15311-MW

12  FREEDOM COMMUNICATIONS, INC.,        | Chapter 11

13                         Debtors.

14
    ─────────────────────────────────────
15
    OFFICIAL COMMITTEE OF UNSECURED      | **Adv. No. 8:17-ap-01189-MW**
16  CREDITORS,
                                         | **MEMORANDUM OF POINTS AND**
17                         Plaintiff,    | **AUTHORITIES IN SUPPORT OF MOTION**
                                         | **FOR ENTRY OF DEFAULT JUDGMENT;**
18  vs.                                  | **MEMORANDUM OF POINTS AND**
                                         | **AUTHORITIES**
19  GRACENOTE, INC.,
                                         | **[Declaration of Randy Ings and Jeffrey P.**
20                         Defendant.    | **Nolan Filed Concurrently Herewith]**

21

22

23  ///

24  ///

25  ///

26  ///

27  ///

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.
### THE FORMAL PREREQUISITES FOR ENTRY OF DEFAULT JUDGEMENT HAVE BEEN MET

Default was entered against Defendant Gracenote, Inc. on March 16, 2018 (Nolan Declaration, ¶ 2).

The defaulting party is a corporation and is therefore not an infant nor incompetent person (Nolan Dec. ¶ 3)

Notice of this Motion has been served upon the Defendant Gracenote, Inc. as set forth in the proof of service.

### II.
### ARGUMENT

**A.    The Court Should Enter Default Judgment Against the Defaulting Defendant Granting the Relief Requested in the Complaint**

1.    Rule 55(b) of the Federal Rules of Civil Procedures provides that:

When a plaintiff's claim against a defendant is for a sum certain or for a sum which can by computation be made certain, the clerk upon request of the plaintiff and upon affidavit of the amount due shall enter judgment for that amount and costs against the defendant, if the defendant has been defaulted for failure to appear and is not an infant or incompetent person. Fed. R. Civ. P. 55(b), made applicable by Fed. R. Bankr. P. 7055.

2.    Fed. R. Civ. P. 55(a) provides that an entry of default may be entered against a party against whom a judgment for affirmative relief is sought and that party has failed to plead or otherwise defend. Pursuant to Fed. R. Civ. P. 55(b)(2), a default judgment may be entered by the court against such party in a case in which the plaintiff is not seeking a sum certain or a sum which cannot be made by computation. See *Ontra, Inc. v. Wolfe*, 192 B.R. 697 (W.D. Va. 1996). Fed. R. Civ. P. 55(b)(2) further provides that no judgment by default shall be entered against an infant or incompetent person.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**B.    Plaintiff Can Meet Its Burden On Motion For Entry Of a Default Judgment**

In its First and Second Claims for Relief as filed in its Complaint, the Plaintiff seeks to avoid a transfer of the Debtors' funds to Defendant Gracenote, Inc. totaling $42,018.94 as preferential transfers made within 90 days of the filing of the Debtors' chapter 11 petition pursuant to 11 U.S.C. §§ 547 and 550, or recover the value thereof.

As more fully set forth in the Declaration of Randy Ings, filed concurrently herewith (the "Ings Declaration"), transfer of the Debtors' property was made to Defendant in an exact sum and on the date and in the amount set forth in Exhibit "A", as attached to the Complaint (Ings Declaration). The Debtor maintained a vendor file for Defendant Gracenote, Inc. which evidenced vendors of the Debtor, and amounts paid out of the accounts payable department at the Debtors.  (See Ings Declaration, ¶ 3).  The Debtors accounts payable were cross-referenced with the bank statements evidencing that the checks issued were in fact paid with duly good funds of the Debtor to or for the benefit of Defendant on a specified date that fell within the 90 days before the filing of the Petition. (See Ings Declaration, ¶ 3).

Plaintiff is seeking a judgment to recover preferential payments pursuant to 11 U.S.C. § 547 of the Bankruptcy Code in the amount of $42,018.94, plus filing fees of $350, as set forth in the declaration of Jeffrey P. Nolan.

### III.
### CONCLUSION

For the reasons set forth hereinabove, it is respectfully requested that judgment be entered in favor of Plaintiff on its First and Second Claims for Relief and against Defendant Gracenote, Inc. in the sum of $42,018.94.

Respectfully submitted,

DATED:  May 21, 2018                    PACHULSKI STANG ZIEHL & JONES LLP


By: /s/ *Jeffrey P. Nolan*_____
         Jeffrey P. Nolan
Attorneys for Plaintiff Official Committee of
Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:313538.1 29266/002

1  Jeffrey W. Dulberg (CA SBN 181200)
   Jeffrey P. Nolan (CA SBN 158923)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, CA  90067
   Telephone: 310/277-6910
4  Facsimile: 310/201-0760
   E-mail:  jdulberg@pszjlaw.com
5           jnolan@pszjlaw.com

6  Attorneys for Plaintiff,
   Official Committee of Unsecured Creditors

7
                    UNITED STATES BANKRUPTCY COURT
8
                    CENTRAL DISTRICT OF CALIFORNIA
9
                         SANTA ANA DIVISION
10

11  In re:                               Case No.:  8:15-bk-15311-MW

12  FREEDOM COMMUNICATIONS, INC.,         Chapter 11

13                        Debtors.

14
   _____
15  OFFICIAL COMMITTEE OF UNSECURED       **Adv. No. 8:17-ap-01189-MW**
    CREDITORS,
16                                        **DECLARATION OF JEFFREY P. NOLAN IN**
                          Plaintiff,      **SUPPORT OF MOTION FOR ENTRY OF**
17                                        **DEFAULT JUDGMENT**
    vs.
18
    GRACENOTE, INC.,
19
                          Defendant.
20
   _____
21

22      I, Jeffrey P. Nolan, do hereby declare as follows:

23      1.      I am an attorney at law duly licensed to practice before all courts in the State of

24  California and in this District.  I am of counsel to the law firm of Pachulski Stang Ziehl &

25  Jones LLP, attorneys of record for Plaintiff, Official Committee of Unsecured Creditors, counsel of

26  record in the within adversary proceeding.  The facts stated herein are of my own personal

27  knowledge, or made known to me from a review of the files and pleadings in this action which are

28

DOCS_LA:313537.1 29266/002

1    maintained in the ordinary course of business. If called upon as a witness to any facts set forth

2    herein, I could and would competently testify thereto.

3        2.    A default was entered against Defendant Gracenote, Inc. ("Defendant") on or about

4    March 20, 2018.

5        3.    Based on a search of the California Secretary of State's records, the defaulting party

6    is a corporation and is therefore not an infant, nor an incompetent person.

7        4.    The defaulting party, being a corporation formed under the laws of the State of

8    Delaware, is not currently on active duty in the armed forces of the United States.

9        5.    The amounts sought in the Complaint are liquidated as set forth in Exhibit "A" to the

10   Complaint, a true and correct copy of which is attached to this Declaration. Plaintiff incurred $350

11   in fees to file the Complaint.

12       I declare under penalty of perjury that the foregoing is true and correct and this declaration

13   was executed this 21 day of May, 2018, at Los Angeles, California.

14

15   _____
     Jeffrey P. Nolan, Declarant

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

# EXHIBIT A

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Freedom Communications, Inc | | | | | | | |
| 2 | Preference Period Payments | | | | | | | |
| 3 | Shedule of Payment Applications | | | | | | | |
| 4 | | | | | | | | |
| 5 | Vendor Name | | | Tribune Media Services Dba Gracenote | | | | |
| 6 | Vendor # | | | 102205 | | | | |
| 7 | Check Name | | | TRIBUNE MEDIA SERVICES INC | | | | |
| 8 | | | | | | | | |
| 9 | System Payment Date | Bank Cleared Date | Payment Number | Payment Type | Payment Amount | Invoice Number | Invoice Date | Invoice Amount |
| 10 | 7/31/2015 | 8/5/2015 | 758832 | CITI AP | 4,696.32 | 029^0649990 | 4/1/2015 | 4,696.32 |
| 11 | | | | | | | | |
| 12 | 8/7/2015 | 8/12/2015 | 759163 | CITI AP | 5,365.58 | 020^0652194 | 5/1/2015 | 5,365.58 |
| 13 | | | | | | | | |
| 14 | 8/21/2015 | 8/25/2015 | 759668 | CITI AP | 979.85 | 020^0652240 | 5/1/2015 | 236.77 |
| 15 | | | | | | 020^0652563 | 5/1/2015 | 743.08 |
| 16 | | | | | | | | |
| 17 | 8/28/2015 | 9/1/2015 | 760004 | CITI AP | 4,696.32 | 029^0652195 | 5/1/2015 | 4,696.32 |
| 18 | | | | | | | | |
| 19 | 9/11/2015 | 9/21/2015 | 760656 | CITI AP | 5,365.58 | 020^0654458 | 6/1/2015 | 5,365.58 |
| 20 | | | | | | | | |
| 21 | 9/24/2015 | 9/28/2015 | 761025 | CITI AP | 5,683.53 | 020^0654823 | 6/1/2015 | 750.44 |
| 22 | | | | | | 029^0654459 | 6/1/2015 | 4,696.32 |
| 23 | | | | | | 020^0654504 | 6/1/2015 | 236.77 |
| 24 | | | | | | | | |
| 25 | 9/25/2015 | 9/29/2015 | 761237 | CITI AP | 5,365.58 | 020^0656709 | 7/1/2015 | 5,365.58 |
| 26 | | | | | | | | |
| 27 | 10/7/2015 | 10/13/2015 | 761837 | CITI AP | 5,169.86 | 029^0656710 | 7/1/2015 | 4,696.32 |
| 28 | | | | | | 020^0656754 | 7/1/2015 | 236.77 |
| 29 | | | | | | 020^0659022 | 8/1/2015 | 236.77 |
| 30 | | | | | | | | |
| 31 | 10/16/2015 | 10/23/2015 | 762346 | CITI AP | 4,696.32 | 029^0658978 | 8/1/2015 | 4,696.32 |
| 32 | | | | | | | | |
| 33 | Total | | | | 42,018.94 | | | 42,018.94 |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | |
| 39 | | | | | | | | |
| 40 | | | | | | | | |
| 41 | | | | | | | | |
| 42 | | | | | | | | |
| 43 | | | | | | | | |
| 44 | | | | | | | | |
| 45 | | | | | | | | |
| 46 | | | | | | | | |
| 47 | | | | | | | | |
| 48 | | | | | | | | |
| 49 | | | | | | | | |
| 50 | | | | | | | | |
| 51 | | | | | | | | |
| 52 | | | | | | | | |
| 53 | | | | | | | | |
| 54 | | | | | | | | |

1  Jeffrey W. Dulberg (CA SBN 181200)
   Jeffrey P. Nolan (CA SBN 158923)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, CA  90067
   Telephone: 310/277-6910
4  Facsimile: 310/201-0760
   E-mail:  jdulberg@pszjlaw.com
5           jnolan@pszjlaw.com

6  Attorneys for Plaintiff,
   Official Committee of Unsecured Creditors

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

                     **SANTA ANA DIVISION**
10

11

12  In re:                                    Case No.:  8:15-bk-15311-MW

13  FREEDOM COMMUNICATIONS, INC.,             Chapter 11

14                          Debtors.

15  ─────────────────────────────

16  OFFICIAL COMMITTEE OF UNSECURED           **Adv. No. 8:17-ap-01189-MW**
    CREDITORS,
17                                            **DECLARATION OF RANDY INGS IN**
                                Plaintiff,    **SUPPORT OF MOTION FOR ENTRY OF**
18                                            **DEFAULT JUDGMENT**
    vs.
19
    GRACENOTE, INC.,
20
                                Defendant.
21  ─────────────────────────────

22       I, Randy Ings, do hereby declare as follows:

23       1.     I am the former corporate controller for the Debtor Freedom Communications, Inc.

24  (collectively, the "Debtors").  I am currently employed and serving the Debtors and Debtors-in-

25  Possession.  I make this Declaration based on facts within my personal knowledge or as a result of

26
    having reviewed the files of the Debtors.  If called upon, I can and will competently testify to the
27
    facts stated herein.
28

DOCS_LA:313535.1 29266/002

2.      I make this Declaration in support of the *Motion for Entry of Default Judgment* (the "Motion").  Capitalized terms not otherwise defined herein have the same meaning ascribed to them in the Motion.

3.      In retrieving information from the Debtors' books and records, I am able to perform a search and review of the accounts payable paid to creditors of the Debtors.  I confirmed the transfers or payments to Defendant Gracenote, Inc. in the 90 days prior to the filing of the Bankruptcy Petition in this case are those set forth on Exhibit A to the Complaint in the above-captioned Adversary Proceedings.  The total amount of the transfers is $42,018.94.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed this 21st day of May, 2018 at Huntington Beach, California.

_____
Randy Ings

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **MOTION FOR DEFAULT JUDGMENT UNDER LBR 7055-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 21, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Andrew W Caine     acaine@pszjlaw.com
- Jeffrey P Nolan     jnolan@pszjlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **May 21, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Gracenote, Inc.
c/o Nielsen
Attn:  John Batter, CEO
85 Broad Street
New York, NY 10004

Gracenote, Inc.
Attn:  John Batter, CEO
435 N. Michigan Avenue
Chicago, IL 60611

Gracenote, Inc.
c/o Corporation Service Company
d/b/a CSC-Lawyers Incorporating Service, R/A
2710 Gateway Oaks Drive, Ste. 150N
Sacramento, CA 95833

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 21, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**
The Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 21, 2018 | Rolanda Mori | /s/ Rolanda Mori |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                  Page 4                      **F 7055-1.2.DEFAULT.JMT.MOTION**
DOCS_LA:313923.1 29266/002


American LegalNet, Inc.
www.FormsWorkFlow.com